UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
R.F.M.A.S., INC.,                   :

        Plaintiff,                :     **ORDER**

   -against-                       :     **06 Civ. 13114 (VM)(MHD)**

MIMI SO, et al.,                    :

        Defendants.               :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Discovery in the above-captioned case having closed on November 15, 2009, it is hereby ORDERED that the parties are to submit a joint pre-trial order by **MONDAY, DECEMBER 21, 2009**. To accomplish this, plaintiff's attorneys are to provide to defendants' attorneys a list of plaintiff's claims, contentions of fact, expected trial witnesses, and trial exhibits by **MONDAY, NOVEMBER 30, 2009**. Defendants' attorneys are to provide the equivalent information to plaintiff's attorneys by **THURSDAY, DECEMBER 10, 2009**. Attorneys for both sides are to meet by no later than **THURSDAY, DECEMBER 17, 2009** to attempt to agree on any stipulations of fact and admissibility. Plaintiffs' attorneys are to arrange for the preparation of the final version of the joint pre-trial order, its signing by both sides, and its submission to the court.

Dated: New York, New York
       November 18, 2009

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been faxed today to:

Kenneth S. Feldman, Esq.
Steven M. Crosby, Esq.
Stephen E. Feldman, Esq.
Fax: (212) 532-8598

Kevin P. Crosby, Esq.
Fax: (954) 522-9123

Theodore C. Anderson, Esq.
Fax: (214) 292-8758

Deepro R. Mukerjee, Esq.
Fax: (212) 210-9444

Martin J. Elgison, Esq.
Fax: (404) 253-8179

Victoria E. Spataro, Esq.
Fax: (212) 922-3865

Barry G. Magidoff, Esq.
Fax: (212) 202-5199

Evan J. Gourvitz, Esq.
John Paul Margiotta, Esq.
Fax: (212) 813-5901