UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x   ECF CASE

R.F.M.A.S., INC.

       Plaintiff,       Case No. 06-CV-13114 (VM)(MHD)

v.

MIMI SO, MIMI SO INTERNATIONAL, INC.,
RICHEMONT S.A., COMPAGNIE FINANCIERE
RICHEMONT S.A., RICHEMONT NORTH
AMERICA, RICHEMONT HOLDINGS I, and
RICHEMONT INTERNATIONAL, LTD.

       Defendants.

------------------------------------------------------------- x

## NOTICE OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERTS

  PLEASE TAKE NOTICE that Defendants, by their undersigned counsel, hereby move this Court, pursuant to Federal Rules of Evidence 403, 702 and 703 and pursuant to Supreme Court decisions in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 147 (1999), to exclude the testimony and reports of Plaintiff's experts, Don Smith, Steven Hansen, Joyce Jonas and Edward Lewand.

  The grounds for the motion are set forth in detail in the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Plaintiff's Experts and the annexed Declaration of Richard Lehv dated December 1, 2009, and Exhibits thereto. The Memorandum of Law and certain confidential Exhibits are filed under seal, in keeping with the Protective Order entered by this Court on or about June 12, 2008.

RESPECTFULLY SUBMITTED this 1st day of December, 2009.

                              FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _/s/ Richard Lehv_

Richard Z. Lehv (*rlehv@fzlz.com*)
John P. Margiotta (*jmargiotta@fzlz.com*)
Alexander L. Greenberg (*agreenberg@fzlz.com*)
866 United Nations Plaza
New York, New York 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for the Richemont Defendants*

Deepro R. Mukerjee
(*Deepro.Mukerjee@alston.com*)
90 Park Avenue
ALLSTON & BIRD LLP
New York, NY 10016
Tel.: (212) 210-9501
Fax: (212) 922-3881

*Attorneys for Defendants Mimi So and
Mimi So International, Inc.*