UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.F.M.A.S., INC. | |
| Plaintiff, | |
| v. | CASE NO.: 06-CV-13114 (VM) |
| MIMI SO AND MIMI SO INTERNATIONAL, INC., and RICHEMONT SA and RICHEMONT NORTH AMERICA and RICHEMONT HOLDINGS 1 and RICHEMONT INTERNATIONAL, LTD., | |
| | <u>JURY TRIAL DEMANDED</u> |
| Defendants, | |

## NOTICE OF PLAINTIFF'S MOTIONS *IN LIMINE*

Steven M. Crosby
220 East 42nd Street
Suite 3304
New York, New York 10017
Tel.: (212) 532-8585
Fax: (212) 532-8598

Theodore C. Anderson
3109 Carlisle Street
Dallas, Texas 75204
Tel.: (214) 969-9099
Fax: (214) 953-0133

PLEASE TAKE NOTICE that Plaintiff RFMAS, Inc., by its undersigned counsel, will move this Court, pursuant to Rules 402, 403, 408, 501, and 609 of the Federal Rules of Evidence, to exclude from trial certain inadmissible testimony and related argument of counsel that Defendants plan to offer at trial based on their statement of factual contentions in the Pretrial Order and in their Initial Disclosures. The grounds for these motions are set forth in detail in the accompanying Memorandum of Law and in the exhibits to the Declaration of Theodore C. Anderson, submitted herewith.

RESPECTFULLY SUBMITTED this 8th day of March, 2011.

By:   /s Steven M Crosby, Esq.
Steven M. Crosby (SC1204)
220 East 42nd Street – Suite 3304
New York, New York 10017
Tel.:  (212) 532-8585
Fax:   (212) 532-8598

KILGORE & KILGORE, PPLC

By:   /s Theodore C. Anderson
Theodore C. Anderson (TA4769)
3109 Carlisle Street
Dallas, Texas  75204
Tel.:  (214) 969-9099
Fax:  (214) 214-953-0133

ATTORNEYS FOR PLAINTIFF
RFMAS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8th, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the court. The electronic case filing system should automatically send a "Notice of Electronic Filing" to the following listed attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Such attorney(s) may also be served via any additional means listed below.

_____
Steven M. Crosby

Martin J. Elgison
Alston & Bird LLP
One Atlantic Center, 1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7167
(404) 253-8179 (fax)
martin.elgison@alston.com

Deepro R. Mukerjee
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016
(212)-210-9400
(212)-210-9444 (fax)
deepro.mukerjee@alston.com

Victoria Elizabeth Spataro
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016
(212)-210-9465
(212)-922-3865 (fax)
vickie.ford@alston.com