USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/11

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

R.F.M.A.S., INC.

               Plaintiff,

  v.

MIMI SO, MIMI SO INTERNATIONAL, INC.,
RICHEMONT S.A., COMPAGNIE FINANCIERE
RICHEMONT S.A., RICHEMONT NORTH AMERICA
RICHEMONT HOLDINGS I, and RICHEMONT
INTERNATIONAL, LTD.

               Defendants.

----------------------------------------------------------- x

ECF CASE

Case No. 06-CV-13114 (VM)

## FINAL JUDGMENT AND ORDER ON CONSENT
## FOR PERMANENT INJUNCTION AGAINST THE MIMI SO DEFENDANTS

Plaintiff R.F.M.A.S and Defendants Mimi So, Mimi So International, LLC a/r/a Mimi So International Inc. (collectively the "So Defendants") stipulate and consent to entry of a Final Judgment and Order in this action, on the terms set forth herein.

WHEREAS, on November 18, 2006, RFMAS filed a complaint against Mimi So, Mimi So International, Inc., and the Richemont Defendants in the United States District Court for the Southern District of New York in an action entitled *RFMAS, Inc. v. Mimi So, et al*, Civil Action Number 06: CV 13114 (VM) (the "Civil Action"), and

WHEREAS, on May 9, 2007, RFMAS filed an Amended Complaint in the Civil Action, alleging that the Defendants named in the Amended Complaint engaged in copyright and trade

14

dress infringement, unfair competition, misappropriation of confidential information and trade secrets, breached a contract, and were unjustly enriched; and

WHEREAS, the So Defendants denied the material allegations asserted in the Complaint and Amended Complaint in the Civil Action, and are entering into this Judgment and Order without admitting any of Plaintiff's allegations and without admitting any liability or wrongdoing and solely to avoid the expense and inconvenience of further litigation.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

9. This Court has jurisdiction over the subject matter of the Civil Action and personal jurisdiction over each of the Defendants and venue is appropriate in this District.

10. Each Defendant has accepted and acknowledged service of the Complaint in the Civil Action.

11. The So Defendants are hereby jointly and severally permanently enjoined and forever restrained from promoting, advertising, offering for sale or selling the following;

    a. the gold large link necklace (as depicted in Exhibit C), with or without diamonds,

    b. the gold large link bracelet (as depicted in Exhibit D), with or without diamonds,

    c. the gold large link earrings (as depicted in Exhibit E), with or without diamonds,

    d. the gold medium link necklace (as depicted in Exhibit F), with or without diamonds,

    e. the gold medium link bracelet (as depicted in Exhibit G), with or without diamonds,

    f. the gold medium link earrings (as depicted in Exhibit H), with or without diamonds,

which are currently a part of the Gate B9 Collection (collectively, the "Defined Pieces").

With regard to the current inventory at all locations, Defendant or their affiliates have one hundred and twenty (120) days from the effective date to sell off current inventory of the Defined Pieces, after which all inventory on consignment will be recalled and Defendant will be barred from further sales or transfer of inventory anywhere in the world. All remaining inventory, if any, will be disassembled.

12. The Parties to this Judgment and Order waive all rights to appeal from entry of this Judgment and Order.

13. This Court shall retain jurisdiction over this matter and the parties to it to enforce the terms of the Judgment and Order.

14. By their signatures and acknowledgments below, the parties agree to be bound by the terms of this Judgment and Order.

15. Except as provided herein, all of Plaintiff's claims in this Civil Action against the So Defendants are hereby dismissed against the So Defendants with prejudice, with all parties to bear their own costs, attorneys' fees and expenses.

16. This is a final Judgment and Order.

Dated: June   , 2011         Mimi So.

                             By: _____
                             Name: MIMI SO


Dated: June   , 2011:        Mimi So International, LLC a/r/a Mimi So
                             International, Inc.

                             By: _____
                             Name: MIMI SO
                             Title: CHIEF EXECUTIVE OFFICER


Dated: June   , 2011

Dated: June   , 2011         RFMAS, INC.


                             By: _____
                             Name:
                             Title:



Dated: June   , 2011
                             _____
                             ROBERTO FARAONE MENNELLA

17

01-LUG-2011 16:29 Da:                             000000              A:00121275253231              P.17/19

16. This is a final Judgment and Order.

Dated: June   , 2011           Mimi So.


                               By: _____
                               Name:


Dated: June   , 2011:          Mimi So International, LLC a/t/a Mimi So
                               International, Inc.


                               By: _____
                               Name:
                               Title:

Dated: June   , 2011

Dated: June   , 2011           RFMAS, INC.

                               By: _____
                               Name:
                               Title:


Dated: June   , 2011
                               _____
                               ROBERTO FARAONE MENNELLA

17

01-LUG-2011 16:29 Da:                    000000              A:00121275?5323         P.18/19

Dated: June  , 2011

_____
AMADEO SCOGNAMIGLIO

SO ORDERED
~~June~~ July ___, 2011

_____
Hon. Victor Marrero
United States Magistrate Judge

SO ORDERED. The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

SO ORDERED.

7-7-11
_____   _____
Date                 Victor Marrero, U.S.D.J.

18

EXHIBIT B – COUNSEL SIGNATURE PAGE

By: /s/ Theodore Anderson
Theodore C. Anderson
KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, TX 75204
Tel.: (214) 969-9099
Fax: (214) 953-0133
tca@kilgorelaw.com

*Attorneys for Plaintiff R.F.M.A.S., Inc.*

By: /s/ Deepro Mukerjee
Deepro R. Mukerjee
Victoria E. Spataro
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 210-9400
Fax: (212) 210-9444
Deepro.Mukerjee@alston.com
Victoria.Spataro@alston.com

Martin J. Elgison
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3449
Tel: 404-881-7000
Fax: 404-881-7777
Marty.Elgison@alston.com

*Attorneys for Defendants Mimi So and
Mimi So International, LLC*

# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



Case 1:06-cv-13114-VM-MHD   Document 277   Filed 07/07/11   Page 13 of 19

# EXHIBIT F



# EXHIBIT G

(on left)

RMT 000334



Gate B9

# EXHIBIT H

